B27 (Official Form 27) (12/09)

# UNITED STATES BANKRUPTCY COURT
Northern District of Florida

In re Nelson, Eugenia Susanne,
       Debtor

Case No. 11-50185
Chapter 7

## REAFFIRMATION AGREEMENT COVER SHEET

This form must be completed in its entirety and filed, with the reaffirmation agreement attached, within the time set under Rule 4008. It may be filed by any party to the reaffirmation agreement.

1. Creditor's Name: Bay Bank Trust

2. Amount of the debt subject to this reaffirmation agreement:
   $ 21,943.86 on the date of bankruptcy     $ 21,943.86 to be paid under reaffirmation agreement

3. Annual percentage rate of interest: _____ % prior to bankruptcy
   7.00 % under reaffirmation agreement ( ✓ Fixed Rate ____ Adjustable Rate)

4. Repayment terms (if fixed rate): $ 179.08 per month for 29 months

5. Collateral, if any, securing the debt: Current market value: $_____
   Description: home located at 2424 Naples Dr. Panama City, FL. & 2000 Honda Acura

6. Does the creditor assert that the debt is nondischargeable? ___ Yes ✓ No
   (If yes, attach a declaration setting forth the nature of the debt and basis for the contention that the debt is nondischargeable.)

| Debtor's Schedule I and J Entries | Debtor's Income and Expenses as Stated on Reaffirmation Agreement |
|---|---|
| 7A. Total monthly income from Schedule I, line 16    $ 3,457.27 | 7B. Monthly income from all sources after payroll deductions    $ 3,457.27 |
| 8A. Total monthly expenses from Schedule J, line 18    $ 3,375.28 | 8B. Monthly expenses    $ 3,375.28 |
| 9A. Total monthly payments on reaffirmed debts not listed on Schedule J    $ 0.00 | 9B. Total monthly payments on reaffirmed debts not included in monthly expenses    $ 0.00 |
| | 10B. Net monthly income    $ 81.99 (Subtract sum of lines 8B and 9B from line 7B. If total is less than zero, put the number in brackets.) |

B27 (Official Form 27) (12/09)   Page 2

11. Explain with specificity any difference between the income amounts (7A and 7B):

12. Explain with specificity any difference between the expense amounts (8A and 8B):

If line 11 or 12 is completed, the undersigned debtor, and joint debtor if applicable, certifies that any explanation contained on those lines is true and correct.

_____   _____
Signature of Debtor (only required if   Signature of Joint Debtor (if applicable, and only
line 11 or 12 is completed)   required if line 11 or 12 is completed)

Other Information

☐   Check this box if the total on line 10B is less than zero. If that number is less than zero, a presumption of undue hardship arises (unless the creditor is a credit union) and you must explain with specificity the sources of funds available to the Debtor to make the monthly payments on the reaffirmed debt:

Was debtor represented by counsel during the course of negotiating this reaffirmation agreement?
   X  Yes            ____No

If debtor was represented by counsel during the course of negotiating this reaffirmation agreement, has counsel executed a certification (affidavit or declaration) in support of the reaffirmation agreement?
   X  Yes            ____No

FILER'S CERTIFICATION

I hereby certify that the attached agreement is a true and correct copy of the reaffirmation agreement between the parties identified on this Reaffirmation Agreement Cover Sheet.

_____
Signature

Erich Niederlehner - Atty for Debtor
Print/Type Name & Signer's Relation to Case

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:

Eugenia Susanne Nelson          ,                    CASE NO.   11-50185
Debtor                                                Chapter 7

REAFFIRMATION AGREEMENT

THIS Reaffirmation agreement entered into by and between EUGENIA SUSANNE NELSON, Debtor, and BAY BANK & TRUST CO., Creditor, provides that:

WHEREAS, Debtor is indebted to Creditor under that certain promissory note dated 11/12/10 in the original principal amount of $23,100.00; and

WHEREAS, the said Debtor has filed a Petition in Bankruptcy in the United States District Court; and

WHEREAS, the Creditor was scheduled in said Bankruptcy Petition as a Creditor; and

WHEREAS, there was a gross balance due on said indebtedness on the date of the Petition in the amount of $21,943.86; and

WHEREAS, Debtor has continued to make payments upon said indebtedness; and

WHEREAS, Debtor desired to reaffirm said indebtedness.

NOW, THEREFORE, in consideration of the above, the undersigned Debtor hereby agrees to reaffirm the aforesaid indebtedness to Creditor, and to make the payments as they fall due under the original instrument of indebtedness as detailed below and Creditor hereby agrees to forego its rights to file possession proceedings or to contest the Bankruptcy Petition.

        Principal balance due as of 07/06/11:   $21,777.31
        Interest Rate:   7.00%
        Monthly Payments:   $179.08
        Next payment due date:   07/12/11

THE UNDERSIGNED DEBTOR UNDERSTANDS THAT THIS AGREEMENT MAY BE RESCINDED AT ANY TIME PRIOR TO DISCHARGE OR WITHIN SIXTY (60) DAYS AFTER SUCH AGREEMENT IS FILED WITH THE COURT, WHICHEVER OCCURS LATER, BY GIVING NOTICE OF RESCISSION TO THE CREDITOR. THIS AGREEEMNT IS NOT REQUIRED UNDER TITLE II OF THE UNITED STATES CODE, UNDER APPLICABLE NON-BANKRUPTCY LAW, OR UNDER ANY AGREEMENT NOT IN ACCORDANCE WITH 11 U.S.C SECTION 524 (c).

If this Agreement is rescinded, then it is agreed that Creditor shall retain all payments made prior to rescission.

Dated as to the Debtor in _Bay_ County, Florida, on this _6th_ day _of July, 2011_ (date).

Witness: _____

By: _Eugenia Susanne Nelson_

Witness: _____

Dated as to the Creditor in Bay County, Florida, on this __07/08/11__ (date).

Bay Bank & Trust Co.

Witness: _John B Mitchell_

Witness: _____

By: _J. Christopher Gladden_
Its: _Senior Vice President_

The undersigned, as attorney representing the Debtor during the course of negotiating an agreement, states that such agreement represents a fully informed and voluntary agreement by the Debtor and does not impose an undue hardship on the Debtor or a dependent of the Debtor.

Dated as to the Attorney in _Escambia_ County, Florida, on this _7/7/11_ (date).

By: _Erich M. Niederlehner, PA_